ATYADM, CLOSED, CV

# U.S. District Court
## U.S.District Court Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:07-cv-03422-DSD-JJG
### Internal Use Only

| | |
|---|---|
| Jacoby v. Pfizer, Inc. et al | Date Filed: 07/23/2007 |
| Assigned to: Senior Judge David S. Doty | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Jeanne J. Graham | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Ronald Jacoby**     represented by     **Andy-NA D Birchfield, Jr.**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald-NA B Taylor, Jr**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan-NA Ward, Jr**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted G Meadows**
Beasley Allen Crow Methvin Portis & Miles, PC
PO Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by     **Erin M Verneris**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7380
Fax: 612-766-1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: jprice@faegre.com

|  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|---|---|

**Defendant**

| **Pharmacia Corporation** | represented by | **Erin M Verneris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Price**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **G. D. Searle LLC**<br>*formerly known as*<br>G. D. Searle & Co. | represented by | **Erin M Verneris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Price**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | 1 | COMPLAINT against Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC ( Filing fee $ 350 receipt number 40014932) assigned to Judge David S. Doty per Master referred to Magistrate Judge Jeanne J. Graham, filed by Ronald Jacoby. (Attachments: # 1 Civil Cover Sheet)(JMH) (QC'd by akl) (Entered: 07/24/2007) |
| 07/23/2007 |  | Summons Issued as to Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC. (JMH) (Entered: 07/24/2007) |
| 08/23/2007 | 2 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC.(Price, Joseph) (Entered: 08/23/2007) |
| 08/23/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 08/23/2007) |
| 08/23/2007 | 4 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC re 2 Answer to Complaint, 3 Rule 7.1 - Disclosure Statement (Price, Joseph) (Entered: 08/23/2007) |
| 09/10/2007 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO -80), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Bryer. (JMH) (Entered: 09/10/2007) |